Svenson et al. v. Roth et al., 191 Ill. App. 123.

## S. F. Svenson and Harold M. Swensen, Defendants in Error, v. Lucy Roth and Paulina Hockstadter, Plaintiffs in Error.

### Gen. No. 18,566.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HOSEA W. WELLS, Judge, presiding. Heard in this court at the October term, 1912. Affirmed. Opinion filed January 25, 1915. Rehearing denied February 8, 1915.

## Statement of the Case.

Action by S. F. Svenson and Harold M. Swensen against Lucy Roth and Paulina Hockstadter to recover balance due on contract for the painting and interior furnishing of a house.

To reverse a judgment for plaintiffs, defendants prosecute error.

HENRY ROTH, for plaintiffs in error.

MONROE FULKERSON, for defendants in error.

MR. PRESIDING JUSTICE BROWN delivered the opinion of the court.

## Abstract of the Decision.

MUNICIPAL COURT OF CHICAGO, § 26*—*when transcript of record insufficient*. Where, on a writ of error to the Municipal Court of Chicago, the transcript of the record which was filed in sections, does not disclose the contents of the statement of claim and does not contain the matter necessary for the Appellate Court to consider in passing on the merits of the controversy, the finding and judgment of the trial court will not be interfered with.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.